FILED

2012 AUG 20 AM 11: 45

CLERK US ...
SOUTHERN DISTR... ... CALIFORNIA

BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>       Petitioner,<br><br>vs.<br><br>BRENDA CASH, Warden,<br><br>       Respondent. | CASE NO. 11-CV-2234 BEN (WMc)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION,**<br><br>**(2) GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>[Docket Nos. 7, 9] |

Petitioner Bobby James Williams, a state prisoner proceeding *pro se*, filed the instant Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1.) Defendant Brenda Cash filed a Motion to Dismiss the Petition on December 8, 2011. (Docket No. 7.) Petitioner did not file an opposition to the Motion to Dismiss.

Magistrate Judge William McCurine issued a thoughtful and thorough Report and Recommendation recommending that Defendant's Motion to Dismiss be granted. (Docket No. 9.) Any objections to the Report and Recommendation were due July 30, 2012. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly

objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

In the absence of any objections, the Court fully **ADOPTS** Judge McCurine's Report and Recommendation. Defendants' Motion to Dismiss is **GRANTED**. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

DATED: August 20, 2012

HON. ROGER T. BENITEZ
United States District Judge